IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff/<br>            Respondent,<br><br>     vs.<br><br>ISIDRO VEJAR-BARAJAS,<br><br>            Defendant/<br>            Petitioner. | No. CR-F-05-112 OWW<br><br>ORDER DENYING "MOTION TO CORRECT CLERICAL ERROR IN JUDGMENT AND COMMITMENT PURSUANT TO RULE 36 OF FRcP" (Doc. 78) |

Isidro Vejar-Barajas, proceeding *in pro per*, has filed a "Motion to Correct Clerical Error in Judgment and Commitment Pursuant to Rule 36 of FRCrP" (Doc. 78).

Petitioner moves to "[c]orrect the Petitioner's Judgment and Commitment Order to show that the Petitioner received the equivalent of a highschool [sic] diploma from the UNIVERSIDAD AUTONOMIA DE SINALOA."

Petitioner's motion is DENIED. The form Judgment in a Criminal Case issued in all criminal proceedings never reflects

1

or sets forth information concerning a sentenced defendant's educational background.  Therefore, the failure to include such information is not a clerical error within the meaning of Rule 36, Federal Rules of Criminal Procedure.

    IT IS SO ORDERED.

**Dated:   December 28, 2007**          /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE