HEATHER E. WILLIAMS, Bar #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ISIDRO VEJAR-BARAJAS,<br><br>Defendant. | No. Cr. F 05-112 AWI<br><br>**UNOPPOSED REQUEST TO EXTEND DEADLINE FOR FILING RESPONSE; ORDER**<br><br>Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 144, the undersigned, Assistant Federal Defender David M. Porter, hereby requests that the deadline for filing a response to the Court's November 12, 2014 order be extended to **January 26, 2015**. The undersigned is awaiting responses from Mr. Vejar-Barajas and the Probation Office. Counsel for the government, Assistant U.S. Attorney Kathleen A. Servatius, graciously indicated that she has no objection.

Dated: December 17, 2014

                                                Respectfully submitted,

                                                HEATHER E. WILLIAMS
                                                Federal Defender

                                                /s/ *David M. Porter*
                                                DAVID M. PORTER
                                                Assistant Federal Defender

**ORDER**

      Pursuant to the unopposed request, and good cause appearing therefor, it is hereby ordered that the response to the Court's order of November 12, 2014, may be filed on or before January 26, 2015.

IT IS SO ORDERED.

Dated:  December 18, 2014

SENIOR DISTRICT JUDGE